[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13819
Non-Argument Calendar
_____

D.C. Docket No. 9:13-cr-80079-KAM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME CARILLO-LUCAS,
a.k.a. Ijinio Carillo-Lucas,
a.k.a. Julio C. Galdamez-Chanona,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 3, 2014)

Before TJOFLAT, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Jamie Carillo-Lucas was convicted on a plea of guilty to the offense of reentry after deportation, in violation of 8 U.S.C. § 1326(a), (b)(2), and the District Court sentenced him to prison for a term of 27 months.  He appeals his sentence, arguing that the court unconstitutionally enhanced his sentence based on a prior conviction that was neither alleged in the indictment nor proved to a jury beyond a reasonable doubt.  He concedes that the Supreme Court has decided—and that this court has adhered to its decision—that a prior conviction need not be alleged in the indictment for the court to impose an enhanced sentence.  He raises the issue to preserve it for further review in light of *Alleyne v. United States*, 570 U.S. __, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013).

In that Carillo-Lucas properly concedes that precedent forecloses his argument, his sentence is

AFFIRMED.